**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| *versus* | § | Case Number: 6:16–cv–00039 |
| | § | |
| | § | |

# Notice of Reassignment

Pursuant to General Order No. 2017–18, this case is reassigned to the docket of United States District Judge Hayden Head. Deadlines in scheduling orders remain in effect, and all court settings are vacated

Date: September 27, 2017

David J. Bradley, Clerk