United States District Court
Southern District of Texas
**ENTERED**
October 31, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re MERIDIAN CAPITAL CIS FUND, et. al. | § § § CIVIL ACTION NO. 6:16-CV-39 § (CONSOLIDATED WITH 6:16-CV-53) § |

## ORDER

The Court ORDERS a status conference with lead counsel for the parties. The docket sheet reflects there are multiple lawyers designated "lead counsel" for several parties, the "Buccaneer group, Fred Tesca, and Randy A. Bates. The Court cannot conduct an effective proceeding with multiple lead lawyers for each party. No later than 10:30 a.m. on November 2, 2017, the parties WILL designate a single lead counsel for the "Buccaneer group" and a single lead counsel for each of the other parties.

A status hearing will be held with the Court on November 16, 2017, at 2:00 p.m. at the United States Courthouse, 312 S. Main, Victoria, Texas 77902. One of the issues of inquiry from the Court is why this case is in the Victoria Division of the Southern District of Texas, which seems an unlikely courthouse for the presentation of this case given that none of the attorneys or their firms have offices in the Victoria Division and no party appears to have significant contacts in the Victoria Division.

ORDERED this 31 day of Oct, 2017.

HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE