IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BUCCANEER RESOURCES, L.L.C., et al., | § | CASE NO. 14-60041 (DRJ) |
| | § | CHAPTER 11 |
| *Debtors* | § | |
| | § | |
| MERIDIAN CAPITAL INTERNATIONAL FUND, MERIDIAN CAPITAL CIS FUND, FRED M. TRESCA, RANDY A. BATES, AND BRANTA II, L.L.C. | § | |
| *Appellants and Cross-Appellees,* | § | CIVIL ACTION NO. 16-00039 |
| | § | CIVIL ACTION NO. 16-00053 |
| Vs. | § | (CONSOLIDATED UNDER 16-00039) |
| CURTIS BURTON, | § | |
| *Appellee and Cross-Appellant* | § | |

**DESIGNATION OF LEAD COUNSEL FOR MERIDIAN CAPITAL CIS FUND AND
MERIDIAN CAPITAL INTERNATIONAL FUND, APPELLANTS AND CROSS-APPELLEES**

TO THE HONORABLE HAYDEN HEAD,
SENIOR UNITED STATES DISTRICT JUDGE:

Pursuant to the District Court's Order of October 31, 2017 (Dkt # 24), Appellants and Cross-Appellees Meridian Capital International Fund, Meridian Capital CIS Fund (collectively "the Meridian Parties") designate Tom Kirkendall as their lead counsel in this consolidated civil action, which is an appeal from adversary proceeding 15-06006 that was filed in connection with the Buccaneer Resources, LLC, et al, chapter 11 cases. Those chapter 11 cases were consolidated under chapter 11 case no. 14-60041 in the Victoria Division of the U.S. Bankruptcy Court for the Southern District of Texas (collectively "the Buccaneer chapter 11 case").

Although the Buccaneer chapter 11 case was filed in the Victoria Division of the Southern District, the Bankruptcy Court conducted all hearings and proceedings in the Buccaneer chapter 11 case in Houston for the convenience of creditors and parties-in-interest.

The debtors in the Buccaneer chapter 11 case are being liquidated under a confirmed plan of reorganization. None of the debtors in the Buccaneer chapter 11 case are parties to this appeal. The appeal and underlying adversary proceeding reside in federal court because certain of the issues in the adversary proceeding and appeal involve Bankruptcy Court Orders approved in the Buccaneer chapter 11 case and property of the estate in the Buccaneer chapter 11 case.

This appeal is fully briefed by all parties and awaiting oral argument.

Counsel for the other parties to this appeal are set forth in the certificate of service of this designation.

Respectfully submitted,

/s/ Tom Kirkendall
Tom Kirkendall
State Bar No. 11517300/SDTX No. 02287
**LAW OFFICE OF TOM KIRKENDALL**
2 Violetta Ct
The Woodlands, Texas 77381-4550
281.364.9946
bigtkirk@kir.com

**LEAD COUNSEL FOR MERIDIAN CAPITAL CIS FUND AND MERIDIAN CAPITAL INTERNATIONAL FUND, APPELLANTS AND CROSS-APPELLEES**

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing pleading was served by electronic transmission to the following counsel via email and the Court's ECF system on the 1st day of November, 2017.

Joshua W. Wolfshohl
Lead Counsel
State Bar No. 24038592
Aaron J. Power
State Bar No. 24058058
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
713.226.6000
jwolfshohl@porterhedges.com
apower@porterhedges.com

**COUNSEL FOR FRED TRESCA, RANDY A. BATES, AND BRANTA II, LLC, APPELLANTS AND CROSS-APPELLEES**

Chris A. Stacy
State Bar No. 18988700
Brian A. Baker
State Bar No. 24082648
1010 Lamar Street, Suite 1005
Houston, Texas 77002
713-527-9991
713-527-9992 (fax)
chris.stacy@cstacylaw.com
brian.baker@cstacylaw.com

Richard Schechter
State Bar No. 17735500
1 Greenway Plaza, Suite 740
Houston, Texas 77046-0102
713-623-8919
713-622-1680 (fax)
richard@rs-law.com

**COUNSEL FOR CURTIS BURTON, APPELLEE AND CROSS-APPELLANT**

              /s/ Tom Kirkendall
              Tom Kirkendall