United States District Court
Southern District of Texas
**ENTERED**
November 20, 2017
David J. Bradley, Clerk

Case No. 6:16-CV-00039
Case No. 6:16-CV-00053

**In the United States District Court
For the Southern District of Texas
Victoria Division**

In re: Buccaneer Resources, LLC, *et al.*,
*Debtors*,

Meridian Capital International Fund, Meridian Capital CIS Fund,
Fred M. Tresca, Randy A. Bates, and Branta II, LLC
*Appellants and Cross-Appellees*
*v.*
Curtis Burton
*Appellee and Cross-Appellant*

On Appeal from the United States Bankruptcy Court
for the Southern District of Texas, Houston Division
Adv. No. 15-06006
David R. Jones, Bankruptcy Judge Presiding

**Order Granting Appellants and Cross-Appellees Leave to File Citation of Supplemental Authorities Under FED. R. APP. P. 8014(f)**

Appellants the Meridian parties and the Branta parties' unopposed Motion for Leave to File Citation of Supplemental Authorities Under FED. R. APP. P. 8014(f) came on for consideration. Inasmuch as the relief requested is unopposed and will assist the Court in its consideration of the issues in this appeal, the Court will grant the motion. It is accordingly,

1

**ORDERED**:

Appellants are authorized to file their Citation of Supplemental Authorities and the 350-word page limit of Fed. R. App. P. 8014(f) is waived;

Appellee Burton is authorized to file his response to Appellants' Citation by November 30. 2017 and the 350-word page limit of Fed. R. App. P. 8014(f) is waived with regard to that response.

SIGNED this ____ day of November, 2017.

THE HONORABLE HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE