UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | § § § |
| Buccaneer Resources, LLC, et al, *Debtors* | §  CIVIL ACTION NO. 6:16-CV-00039 <br> § CIVIL ACTION NO. 6:16CV-00053 <br> § § § |

## ADVISORY TO THE PARTIES

By United States District Court Southern District of Texas General Order No. 2017-18 entered September 26, 2017, this case filed in the Victoria Division of this Court will be heard by the undersigned.  When trials or hearings in the Victoria Division cases are necessary, they will be heard at the U.S. Courthouse, 312 S. Main, Room 406, Victoria Texas 77901.

    SIGNED this 27th day of November, 2017.

 

_____
Hayden W. Head, Jr.
Sr. United States District Judge