IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BUCCANEER RESOURCES, L.L.C., et al., | § | CASE NO. 14-60041 (DRJ) |
| | § | CHAPTER 11 |
| *Debtors* | § | |
| | | |
| CURTIS BURTON | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. 16-00039 |
| | § | |
| MERIDIAN CAPITAL INTERNATIONAL FUND, MERIDIAN CAPITAL CIS FUND, FRED M. TRESCA, RANDY A. BATES, AND BRANTA II, L.L.C. | § | |
| | § | |
| *Defendants* | § | |

**JOINT NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

    Meridian Capital CIS Fund, Meridian Capital International Fund, Branta II, L.L.C., Fred M. Tresca, and Randy A. Bates, Appellants in the above-captioned appeal, jointly appeal to the United States Court of Appeals for the Fifth Circuit from the final Memorandum Opinion and Order Affirming in Part and Reversing in Part Bankruptcy Court Orders (Dkt # 34) of the United States District Court for the Southern District of Texas entered in this case on December 6, 2017.

    The parties to the Memorandum Opinion and Order appealed from, and the names and addresses of their respective attorneys, are as follows:

Names of Appellants:

| | |
|---|---|
| **Meridian Capital CIS Fund and Meridian Capital International Fund** | **Fred Tresca, Randy A. Bates, and Branta II, LLC** |
| Tom Kirkendall | Joshua W. Wolfshohl and |
| Law Office of Tom Kirkendall | Aaron J. Power |
| 2 Violetta Ct | Porter & Hedges, LLP |
| The Woodlands, Texas 77381-4550 | 1000 Main Street, 36th Floor |
| 281.364.9946 | Houston, Texas 77002 |
| 888.582.0646 (fax) | 713.226.6000 |
| bigtkirk@kir.com | 713.228.1331 (fax) |
| | jwolfshohl@porterhedges.com |
| | apower@porterhedges.com |

Name of Appellee:

| | |
|---|---|
| **Curtis Burton** | |
| Richard Schechter | Chris A. Stacy |
| Law Office of Richard Schechter, P.C. | Brian A. Baker |
| 1 Greenway Plaza, Suite 740 | Stacy & Baker, P.C. |
| Houston, Texas 77046-0102 | 1010 Lamar Street, Suite 550 |
| 713.623.8919 | Houston, Texas 77002 |
| 713.622.1680 (fax) | 713.527.9991 |
| richard@rs-law.com | 713.527.9992 (fax) |
| | chris.stacy@cstacylaw.com |
| | brian.baker@cstacylaw.com |

**Dated: January 3, 2018**

**PORTER HEDGES LLP**

By: /s/ Joshua W. Wolfshohl
    Joshua W. Wolfshohl
State Bar No. 24038592
Aaron J. Power
State Bar No. 24058058
1000 Main Street, 36th Floor
Houston, Texas 77002
713.226.6000
713.228.1331 (fax)
jwolfshohl@porterhedges.com
apower@porterhedges.com

**COUNSEL FOR FRED TRESCA, RANDY A. BATES, AND BRANTA II, LLC, APPELLANTS**

/s/ Tom Kirkendall
Tom Kirkendall
State Bar No. 11517300/SDTX No. 02287
**LAW OFFICE OF TOM KIRKENDALL**
2 Violetta Ct
The Woodlands, Texas 77381-4550
281.364.9946
888.582.0646 (fax)
bigtkirk@kir.com

**COUNSEL FOR MERIDIAN CAPITAL CIS FUND AND
MERIDIAN CAPITAL INTERNATIONAL FUND, APPELLANTS**